<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-2079**

―――――――――

STANLEY SPITZER; ROSE SPITZER,

                                    Plaintiffs - Appellants,

        versus

TRANS UNION, LLC,

                                    Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Terrence W. Boyle, Chief District Judge.  (CA-99-24)

―――――――――

Submitted:  December 29, 2000      Decided:  February 7, 2001

―――――――――

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Stanley Spitzer, Rose Spitzer, Appellants Pro Se.  Keith Alan Williams, Greenville, North Carolina; Bruce S. Luckman, SATZBERG, TRICHON, KOGAN & WERTHEIMER, Philadelphia, Pennsylvania, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stanley and Rose Spitzer appeal the district court's order granting summary judgment to Defendant in this action alleging violations of the Fair Credit Report Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Spitzer v. Trans Union, LLC, No. CA-99-24 (E.D.N.C. Aug. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED